JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHL VARIABLE INSURANCE CO., | Case No. CV 09-9450-VBF (MANx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| THE JOO I. PARK 2007 IRREVOCABLE TRUST, by and through its trustee, CHRISTIANA BANK & TRUST COMPANY, | |
| Defendant. | |

THIS MATTER having come before this Court upon the parties' Joint Stipulation of Dismissal, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that this action is dismissed with prejudice, including all claims and counterclaims that were or could have been raised in this action. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

Dated: February 2, 2011

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
United States District Judge